JAMES J. BROSNAHAN (CA SBN 34555)  
JBrosnahan@mofo.com  
BRIAN J. MARTINEZ (CA SBN 224587)  
BrianMartinez@mofo.com  
FRANCHESCA C. HERRERA (CA SBN 239081)  
FHerrera@mofo.com  
MORRISON & FOERSTER LLP  
425 Market Street  
San Francisco, California 94105-2482  
Telephone: 415.268.7000  
Facsimile: 415.268.7522  

E-FILED: **10/3/2008**

MARK ROSENBAUM (CA SBN 59940)  
mrosenbaum@aclu-sc.org  
ACLU FOUNDATION OF  
    SOUTHERN CALIFORNIA  

Attorneys for Plaintiffs  
PETER GUZMAN and MARIA CARBAJAL  

[Additional counsel appear on following page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GUZMAN AND MARIA CARBAJAL,<br><br>             Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; JAMES T. HAYES, Field Office Director, U.S. Immigration and Customs Enforcement; PILAR GARCIA, Agent, U.S. Immigration and Customs Enforcement; COUNTY OF LOS ANGELES; LEROY BACA, Sheriff of the County of Los Angeles; TIMOTHY CORNELL, Captain of Los Angeles County Inmate Reception Center; SANDRA FIGUERAS, Custodial Assistant, Los Angeles County Sheriff's Department; DOE ICE AGENTS 1–10; and DOE LASD OFFICERS 1-10,<br><br>             Defendants. | Case No. CV08-01327 GHK (SSx)<br><br>Honorable George H. King<br><br>[~~PROPOSED~~] **ORDER CONTINUING THE HEARING ON FEDERAL DEFENDANTS' MOTION TO DISMISS**<br><br>Current Sched. Hearing: 10/20/08<br>Proposed Hearing Date: 11/17/08<br>Time:                                9:30 a.m.<br><br><br>NOTE: CHANGES MADE BY THE COURT |

Pursuant to the parties' stipulation, and good cause appearing, the Court HEREBY ORDERS as follows:

1. Federal Defendants' Motion to Dismiss currently scheduled to be heard before this Court on October 20, 2008 shall be continued to November 17, 2008 at 9:30 a.m.

2. The briefing schedule shall be as follows: ~~continued pursuant to Local Rule 7-11~~.

    a) Opposition due October 20, 2008

    b) Reply due November 3, 2008.

IT IS SO ORDERED.

Date: \_\_10/3/08\_\_

_____
Honorable George H. King
United States District Judge
Central District of California