E-Filed: **3/11/2009**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GUZMAN, et al., | CASE NO. CV 08-01327 GHK (SSx) |
| Plaintiff(s), | ORDER SETTING SCHEDULING CONFERENCE (REVISED AS OF DECEMBER 2008) |
| v. | READ IMMEDIATELY |
| UNITED STATES OF AMERICA, et al | |
| Defendant(s). | |

Counsel shall read this order carefully and shall have available the Federal Rule of Civil Procedure 26 in complying with this Order.

**I. THIS MATTER IS SET FOR SCHEDULING CONFERENCE ON:**

**MONDAY,   MAY11, 2009 AT 1:30 P.M.,** at the Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 650, Los Angeles, California.

Counsel primarily responsible for the conduct of this litigation and who has the authority to enter into stipulations and to make admissions regarding all matters that the participants may reasonably anticipate may be discussed, or the party if unrepresented, **SHALL ATTEND IN PERSON**.

*//*

## II.  PARTIES' PLANNING MEETING PURSUANT TO RULE 26(f)

By no later than **APRIL 10, 2009,**  counsel for all appearing parties and all unrepresented appearing parties, if any, shall meet, in person, and discuss the matters set forth in Federal Rule of Civil Procedure 26(f) as well as those items identified in Part III, below.

## III.  REPORT OF PARTIES' PLANNING MEETING

By no later than **APRIL 27, 2009,** counsel for all appearing parties and all unrepresented appearing parties, if any, shall file a joint **"REPORT OF PARTIES' PLANNING MEETING"** which shall (1) be so labeled, (2) state the date of the Scheduling Conference set above by this Order, and (3) address not only those subjects in Rule 26(f), but also the following:

A.  The basis for subject matter jurisdiction;

B.  A Concise statement of the factual and legal basis of the claims and defenses;

C.  The Proposed completion date for all discovery.  If the parties anticipate calling expert witnesses, they shall propose a schedule for compliance with Rule 26(a)(2) and the completion of any discovery directed at such expert witnesses;

D.  The Proposed dates for Pre-Trial Conference and Trial;

E.  The Major procedural or evidentiary problems, if any;

F.  The Prospects of settlement and proposed (1) date and (2) procedure for compliance with Local Rules 16-15 to 16-15.9;

G.  A realistic estimate of the number of court days required to present each side's case-in-chief;

H.  Whether trial is to be by jury or by the court;

I.  The name of the attorney(s) who will actually try the case on the actual trial date.

**IV.  SANCTIONS FOR NON-COMPLIANCE**

Counsel and any unrepresented party are warned that failure to comply fully and strictly with this Order may lead to the imposition of all appropriate sanctions.

**IT IS SO ORDERED**.

DATED:  ____3/11_____, 2009

_____
GEORGE H. KING
United States District Judge