1  GEORGE S. CARDONA
   Acting United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KATHERINE HIKIDA
4  Assistant United States Attorney
   California State Bar #153268
5  DEBORAH E. YIM
   Assistant United States Attorney
6  California State Bar #217400
         Room 7516, Federal Building
7        300 North Los Angeles Street
         Los Angeles, California 90012
8        Telephone: (213) 894-2447
         Facsimile:  (213) 894-7819
9        E-mail:  deborah.yim@usdoj.gov

10 Attorneys for Federal Defendants

11

12                UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISION

15 PETER GUZMAN AND MARIA            Case No:  CV 08-01327 GHK (SSx)
   CARBAJAL,
16                                   Honorable George H. King

17              Plaintiffs,          [PROPOSED] ORDER RE:
                                     STIPULATION FOR COMPROMISE
18       vs.                         SETTLEMENT

19 UNITED STATES OF AMERICA;
   JAMES T. HAYES, Field Office Director,
20 U.S. Immigration and Customs
   Enforcement; PILAR GARCIA, Agent,
21 U.S. Immigration and Customs
   Enforcement; COUNTY OF LOS
22 ANGELES; LEROY BACA, Sheriff of the
   County of Los Angeles; TIMOTHY
23 CORNELL, Captain of Los Angeles ,
   Captain of Los Angeles County Inmate
24 Reception Center; SANDRA FIGUERAS,
   Custodial Assistant, Los Angeles County
25 Sheriff's Department; DOE ICE AGENTS
   1-10; and DOE LASD OFFICERS 1-10,
26
                Defendants.
27

28

1          The Stipulation for Compromise Settlement concurrently filed with this Order

2    is accepted by the Court.  Each party shall bear his, her or its own costs and attorneys

3    fees.  The Court will retain jurisdiction over this case pending receipt of the settlement

4    payment.

5

6

7    Dated: _____5/11/10_____    _____

8                                   GEORGE H. KING
                                     United States District Judge
9

10

11   **PRESENTED BY:**

12   ACLU FOUNDATION OF
     SOUTHERN CALIFORNIA

13

14   _____
     MARK ROSENBAUM
     Attorneys for Plaintiffs
15   PETER GUZMAN and
     MARIA CARBAJAL
16

17   MORRISON & FOERSTER

18

19   _____
     JAMES BROSNAHAN
     SOMNATH RAJ CHATTERJEE
20   Attorneys for Plaintiffs
     PETER GUZMAN and
21   MARIA CARBAJAL

22

     ANDRÉ BIROTTE JR.
23   United States Attorney
     LEON W. WEIDMAN
24   Assistant United States Attorney
     Chief, Civil Division

25

26

     _____
27   KATHERINE HIKIDA
     DEBORAH E. YIM
     Assistant United States Attorney
28   Attorneys for Defendant

1 UNITED STATES OF AMERICA

2

3 LAWRENCE, BEACH, ALLEN
   & CHOI, P.C.

4

5 _____
   JUSTIN W. CLARK
6 Attorneys for Defendant
   COUNTY OF LOS ANGELES

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28