JAMES J. BROSNAHAN (CA SBN 34555)
JBrosnahan@mofo.com
SOMNATH RAJ CHATTERJEE (CA SBN 177019)
SChatterjee@mofo.com
SAMUEL J. BOONE LUNIER (CA SBN 252732)
SLunier@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

E-FILED:  **5/11/10**

MARK ROSENBAUM (CA SBN 59940)
mrosenbaum@aclu-sc.org
ACLU FOUNDATION OF
  SOUTHERN CALIFORNIA

NOTE: CHANGES MADE BY THE COURT

Attorneys for Plaintiffs
PETER GUZMAN and MARIA CARBAJAL

[Additional counsel appear on following page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GUZMAN AND MARIA CARBAJAL,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA; JAMES T. HAYES, Field Office Director, U.S. Immigration and Customs Enforcement; PILAR GARCIA, Agent, U.S. Immigration and Customs Enforcement; COUNTY OF LOS ANGELES; LEROY BACA, Sheriff of the County of Los Angeles; TIMOTHY CORNELL, Captain of Los Angeles County Inmate Reception Center; SANDRA FIGUERAS, Custodial Assistant, Los Angeles County Sheriff's Department; DOE ICE AGENTS 1–10; and DOE LASD OFFICERS 1–10,<br><br>          Defendants. | Case No.   CV08-01327 GHK (SSx)<br><br>**[~~PROPOSED~~] ORDER APPROVING THE ESTABLISHMENT OF THE GUZMAN CARBAJAL QUALIFIED SETTLEMENT FUND**<br><br>Date:     June 7, 2010<br>Time:    9:30 a.m.<br>Judge:   Hon. George H. King<br>Place:    Courtroom 650<br><br>Action Filed: February 27, 2008<br>Trial Date:    None Set |

[PROPOSED] ORDER APPROVING THE ESTABLISHMENT OF THE GUZMAN CARBAJAL QUALIFIED SETTLEMENT FUND
CASE NO. CV08-01327 GHK (SSx)
sf-2803716

1 AHILAN T. ARULANANTHAM (CA SBN 237841)
aarulanantham@aclu-sc.org
2 ACLU FOUNDATION OF
  SOUTHERN CALIFORNIA
3 1313 West Eighth St.
Los Angeles, CA 90017
4 Telephone: 213.977.9500, x224
Facsimile: 213.977.5297

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER APPROVING THE ESTABLISHMENT OF THE GUZMAN CARBAJAL QUALIFIED SETTLEMENT FUND
CASE NO. CV08-01327 GHK (SSx)
sf-2803716

**ORDER**

The Court, having reviewed the submissions of the parties, hereby orders, adjudges, and decrees as follows:

The Court designates the portion of the Morrison & Foerster Client Trust Account that receives the settlement proceeds in this matter of Three Hundred Fifty Thousand Dollars ($350,000.00) as the Guzman Carbajal Qualified Settlement Fund, the Terms for which are attached as Exhibit 1 to plaintiff's memorandum of points and authorities in support of plaintiffs' motion to approve the Establishment of the Guzman Carbajal Qualified Settlement Fund (document #168) which is incorporated herein by this reference.  The Terms of the Guzman Carbajal Qualified Settlement Fund shall be carried out forthwith.  The Guzman Carbajal Qualified Settlement Fund shall be governed by the provisions of the regulations that accompany section 468B of Title 26 of the United States Code.  The Court retains continuing jurisdiction over the Guzman Carbajal Qualified Settlement Fund and over its Administrator Somnath Raj Chatterjee.

IT IS SO ORDERED.

Dated:   5/11/10

_____
Honorable George H. King
United States District Judge

[PROPOSED] ORDER APPROVING THE ESTABLISHMENT OF THE GUZMAN CARBAJAL QUALIFIED SETTLEMENT FUND
CASE NO. CV08-01327 GHK (SSx)
sf-2803716

1