**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 29 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER GUZMAN; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; et al., <br><br> Defendants, <br><br> and <br><br> JAMES T. HAYES, Field Office Director, U.S. Immigration and Customs Enforcement, <br><br> Defendant - Appellant. | No. 09-55074 <br><br> D.C. No. 2:08-cv-01327-GHK-SS <br> Central District of California, <br> Los Angeles <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 16 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

The court has been informed that the parties require additional time to finalize their settlement. On or before July 30, 2010, the parties shall file their joint motion to dismiss the appeal, or shall contact the Circuit Mediator.

The appellant shall also serve a copy of the joint motion on the Circuit Mediator.

MAC/Mediation_6/29/10

The stay of all appellate proceedings is continued through July 30, 2010.

FOR THE COURT

By: Margaret A. Corrigan
Circuit Mediator

MAC/Mediation_6/29/10