UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 16 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER GUZMAN; et al.,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; et al.,<br><br>    Defendants,<br><br>and<br><br>JAMES T. HAYES, Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>    Defendant - Appellant. | No. 09-55074<br><br>D.C. No. 2:08-cv-01327-GHK-SS<br>Central District of California,<br>Los Angeles<br><br>ORDER |



Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Margaret A. Corrigan
Circuit Mediator

MAC/Mediation_7/16/10