**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 16 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER GUZMAN; et al.,<br><br>　　　Plaintiffs - Appellees,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; et al.,<br><br>　　　Defendants,<br><br>and<br><br>JAMES T. HAYES, Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>　　　Defendant - Appellant. | No. 09-55074<br><br>D.C. No. 2:08-cv-01327-GHK-SS<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 16 2010
CENTRAL DISTRICT OF CALIFORNIA
BY　　　　　　DEPUTY

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Margaret A. Corrigan
Circuit Mediator